# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David James Koski

Plaintiff

v.

Commander Greg Peterson,
Dakota County Jail and
Michael A. Hatch, Attorney
General of the State of
Minnesota

Defendants

Case No. Civil 01-861 DSD/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is denied.

DATE: September 10, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk